596 OCTOBER TERM, 1918.

Cases Disposed of Without Consideration by the Court.   248 U. S.

AL.  Appeal from the District Court of the United States for the Western District of Missouri.  January 13, 1919. Dismissed with costs, on motion of counsel for appellant. *Mr. Frank Hagerman, Mr. Richard J. Higgins* and *Mr. Clyde Taylor* for appellant.  No appearance for appellees.

---

No. 791.  KANSAS CITY RAILWAYS COMPANY *v.* FRANK W. MCALLISTER, ATTORNEY GENERAL OF MISSOURI, ET AL.  Appeal from the District Court of the United States for the District of Kansas.  January 13, 1919.  Dismissed with costs, on motion of counsel for appellant.  *Mr. Frank Hagerman, Mr. Richard J. Higgins* and *Mr. Clyde Taylor* for appellant.  No appearance for appellees.

---

No. 157.  MAGGIE L. LUKENS *v.* INTERNATIONAL LIFE INSURANCE COMPANY.  Error to the Supreme Court of the State of Missouri.  January 16, 1919.  Dismissed per stipulation.  *Mr. William C. Scarritt* for plaintiff in error.  *Mr. Joseph F. Brooks* and *Mr. Fred A. Boxley* for defendant in error.

---

No. 190.  NORFOLK SOUTHERN RAILROAD COMPANY *v.* W. H. GALLUP ET AL., ETC.  Error to the Supreme Court of the State of North Carolina.  January 30, 1919.  Dismissed with costs, on motion of counsel for plaintiff in error.  *Mr. W. B. Rodman* for plaintiff in error.  No appearance for defendants in error.

---

No. 193.  SAVANNAH AND NORTHWESTERN RAILWAY ET AL. *v.* MAGGIE ROACH, ADMINISTRATRIX, ETC.  Error